[Cite as *State ex rel. Bobo v. McDonnell*, 2011-Ohio-5840.]

# Court of Appeals of Ohio

EIGHTH APPELLATE DISTRICT
COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 97370**

## STATE OF OHIO, EX REL. VICTOR BOBO

RELATOR

vs.

## JUDGE NANCY McDONNELL, ET AL.

RESPONDENTS

**JUDGMENT:**
WRIT DENIED

Writ of Mandamus
Motion No. 448813
Order No. 448900

**RELEASE DATE:** November 8, 2011
**FOR RELATOR**

Victor Bobo, pro se
Cuyahoga County Jail
P.O. Box 5600
Cleveland, Ohio   44101

**ATTORNEYS FOR RESPONDENTS**

William D. Mason
Cuyahoga County Prosecutor
James E. Moss
Assistant Prosecuting Attorney
The Justice Center
1200 Ontario Street
Cleveland, Ohio   44113
FRANK D. CELEBREZZE, JR., J.:

{¶ 1} Victor Bobo has filed a complaint for a writ of mandamus.   Bobo seeks an order from this court, which requires Judge Nancy McDonnell to render a ruling with regard to a motion for jail-time credit as filed in the criminal case of *State v. Bobo*, Cuyahoga County Court of Common Pleas Case No. CR-544152.   Bobo also seeks an order that requires the Cuyahoga County Sheriff to provide him with additional jail-time credit in the amount of ten days.

{¶ 2} Attached to the joint motion for summary judgment, as filed by Judge McDonnell and the Cuyahoga County Sheriff, is a copy of a journal entry, as journalized on October 21, 2011, which demonstrates that Bobo has been granted an additional ten days of jail-time credit for a total of 212 days of jail-time credit.   Bobo's request for mandamus is thus moot.   *State ex rel.*

*Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 74 Ohio St.3d 278, 1996-Ohio-117, 658 N.E.2d 723; *State ex rel. Gantt v. Coleman* (1983), 6 Ohio St.3d 5, 450 N.E.2d 1163. In addition, the Cuyahoga County Sheriff possesses no duty to calculate jail-time credit. *State ex rel. Dunbar v. Saffold*, Cuyahoga App. No. 89260, 2007-Ohio-1143; *State ex rel. Griffin v. McFaul*, Cuyahoga App. No. 84360, 2004-Ohio-3863.

{¶ 3} Accordingly, we grant the respondents' motion for summary judgment. Costs awarded to Bobo with costs waived. It is further ordered that the Clerk of the Eighth District Court of Appeals serve notice of this judgment upon all parties as required by Civ.R. 58(B).

Writ denied.

FRANK D. CELEBREZZE, JR., JUDGE

MELODY J. STEWART, P.J., and
EILEEN A. GALLAGHER, J., CONCUR